ARNOLD & PORTER LLP
Michael A. Berta (SBN 194650)
michael.berta@aporter.com
Carolyn A. Pearce (SBN 289681)
carolyn.pearce@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Defendant ADOBE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID HELLER,

Plaintiff,

vs.

ADOBE SYSTEMS, INC.,

Defendant.

Case No.:15-CV-4658-NC

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 27, 2016 AND ADJUST CERTAIN ASSOCIATED DEADLINES ACCORDINGLY; ORDER THEREON**

Judge: Hon. Nathanael Cousins

The parties stipulate, and ask the Court to enter an order, as follows:

1. The Initial Case Management Conference in the above-captioned matter is currently set for January 6, 2015.

2. Defendant Adobe Systems, Inc. has filed a motion to dismiss Plaintiff David Heller's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Defendant's Motion") (Doc. #12). That motion is currently set to be heard on January 27, 2016.

3. Defendant believes that setting the initial Case Management Conference and the hearing on Defendant's Motion on the same day would be more convenient for the parties as well as promote judicial efficiency and economy. Plaintiff does not oppose Defendant's request.

4. Under the current schedule, the deadline for the initial Case Management Statement, Rule 26(f) Report, and initial disclosures is December 30, 2015.

5. Defendant Adobe's offices are closed for the holidays from December 23, 2015 through January 1, 2016, making it difficult for defense counsel to confer with the client regarding initial disclosures, Rule 26(f) Report, and the initial Case Management Statement currently due on December 30, 2015.

6. Defendant requests that the deadline for filing a Rule 26(f) Report, the initial Case Management Statement, and initial disclosures be continued until January 20, 2016. Plaintiff does not oppose Defendant's request.

7. The parties have agreed to keep all other case schedule deadlines (the Rule 26(f) conference and ADR deadlines of December 16, 2015) the same.

8. This is the first continuance requested for the initial Case Management Conference and certain associated deadlines. This request is not being made for the purposes of delay.

9. It is therefore stipulated and agreed by Plaintiff and Defendant, through their respective attorneys of record, that the case management schedule be revised as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline for Rule 26(f) Report | December 30, 2015 | January 20, 2016 |
| Deadline for Rule 26 Initial Disclosures | December 30, 2015 | January 20, 2016 |
| Deadline for initial Case Management Statement | December 30, 2015 | January 20, 2016 |
| Initial Case Management Conference | January 6, 2016 | January 27, 2016, 1:00 p.m. |

**IT IS SO STIPULATED.**

Dated: December 15, 2015

ARNOLD & PORTER LLP

By: /s/ Carolyn A. Pearce
MICHAEL A. BERTA
CAROLYN A. PEARCE

Attorneys for Defendant ADOBE SYSTEMS, INC.

Dated: December 15, 2015

RIMON PC

By: /s/ Richard J. Mooney
RICHARD J. MOONEY

Attorneys for Plaintiff DAVID HELLER

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the initial Case Management Conference in this action, currently set for January 6, 2016, be continued to January 26, 2016 at 1:00 p.m., and the deadline for the Rule 26(f) Report, Rule 26 initial disclosures, and initial Case Management Statement is continued to January 20, 2016.

Date: December 16, 2015

THE HONORABLE NATHANAEL COUSINS
UNITED STATES M[illegible]DGE



**ATTESTATION**

I, Carolyn A. Pearce, am the ECF user whose User ID and Password are being used to file the STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 27, 2016 AND ADJUST CERTAIN ASSOCIATED DEADLINES ACCORDINGLY. In compliance with Local Rule 5-1(i)(3), I hereby attest that Richard J. Mooney has concurred in this filing.

Dated: December 15, 2015. By: */s/Carolyn A. Pearce*
CAROLYN A. PEARCE